# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128283

MARCIA VAN TIL,
        Plaintiff-Appellant,

v

                                        SC: 128283
                                        COA: 250539
                                        Ottawa CC: 02-042717-NO

ENVIRONMENTAL RESOURCES
MANAGEMENT, INC.,
        Defendant-Appellee.

_____/

        On order of the Court, the application for leave to appeal the February 10, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues briefed whether the trial court had jurisdiction to determine whether plaintiff was an employee, or whether that question must first be resolved in the worker's compensation adjudicatory system. See *Reed v Yackell*, 473 Mich 520, 542 (2005).

        We further ORDER that this case be argued and submitted to the Court together with the case of *Jacobs v Technidisc, Inc* (Docket No. 128715), at such future session of the Court as both cases are ready for submission.

        The Michigan Trial Lawyers Association, Michigan Defense Trial Counsel, Inc., the Workers' Compensation Law Section of the State Bar of Michigan, and other interested parties are invited to file amicus briefs.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2005                                                    

d1031                                             Clerk